GESSIN LTD
Jesse Gessin (SBN 263889)
Jesse@Gessin.Ltd
Mailing – 806 E. Avenida Pico, Suite I-291,
San Clemente, CA  92673
Physical – 910 South El Camino Real, Suite 201,
San Clemente, CA 92672
Tel.: (949) 328-6629

*Attorneys for Tarek Greiss*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20-cr-00131-MWF |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER RE DEFENDANT TAREK GREISS' UNOPPOSED *EX PARTE* APPLICATION TO MODIFY BOND CONDITIONS TO ALLOW INTERNATIONAL TRAVEL** |
| v. | |
| TAREK GREISS, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant Tarek Greiss' bond conditions are modified to allow for the following additional exception to his conditions of release (Dkt No. 9): international travel to participate in his girlfriend's grandfather's 88th birthday party.

Dated: _____

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I, Isabelle Andrade, declare that I am a resident or employed in Orange County, California; that my business address is Gessin Ltd., 806 E. Avenida Pico, Suite I-291, San Clemente, California 92673, Telephone No. (949) 328-6629; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Gessin Ltd. and Jesse Gessin, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached **[PROPOSED] ORDER RE DEFENDANT TAREK GREISS' UNOPPOSED *EX PARTE* APPLICATION TO MODIFY BOND CONDITIONS TO ALLOW INTERNATIONAL TRAVEL**; on the following individual(s) by:

[ ] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows:

[ ] Placing same in an envelope for hand delivery addressed as follows:

[ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows:

[x] By E-mail addressed as follows:

KASSANDRA KRESSLER
U.S. Probation Officer
Kassandra_kressler@cacp.uscourts.gov

This proof of service is executed at Lake Forest, California, on July 26, 2021.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*/s/ Isabelle Andrade*
_____
Isabelle Andrade