# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>TAREK GREISS,<br><br>    Defendant. | Case No. 20-cr-00131-MWF<br><br>**ORDER GRANTING DEFENDANT TAREK GREISS' UNOPPOSED *EX PARTE* APPLICATION TO MODIFY BOND CONDITIONS TO ALLOW INTERNATIONAL TRAVEL** |

  GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant Tarek Greiss' bond conditions are modified to permit him to travel internationally to Belize from November 12 to 21, 2021. Pretrial Services shall provide Defendant's passport to him to facilitate this travel. Defendant is ORDERED to provide his itinerary and report to Pretrial Services as instructed by his Pretrial Services Officer. Defendant is FURTHER ORDERED to return his passport to his Pretrial Services Officer within 48 hours of his return to the Central District of California.

Dated:  July 27, 2021

              _____
              MICHAEL W. FITZGERALD
              United States District Judge

cc:  Pretrial Services