TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
DANIEL S. LIM (Cal. Bar No. 292406)
Assistant United States Attorney
     411 West Fourth Street
     Santa Ana, California 92701
     Telephone: (714) 338-3538
     Facsimile: (714) 338-3708
     E-mail:    daniel.lim@usdoj.gov
CLAIRE YAN (Cal. Bar No. 268521)
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
     300 N. Los Angeles St., Suite 2001
     Los Angeles, CA 90012
     Telephone: (202) 834-1429
     E-mail:    Claire.Yan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 8:20-CR-00131-MWF |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE |
| v. | |
| TAREK GREISS, | |
| Defendant. | |

On September 16, 2020, defendant Tarek Greiss was indicted under seal for alleged violations of 18 U.S.C. § 371, Conspiracy to Commit Illegal Remunerations (Count One), and 18 U.S.C. § 220(a)(2), Illegal Remunerations for Referrals to Clinical Treatment Facilities (Counts Two through Seven).  (Dkt. No. 1.)  On September 28, 2020, defendant appeared on the Indictment and was granted bond.  Trial was recently continued to March 1, 2022.  (Dkt. No. 44.)

1   The government has learned that defendant passed away on or
2 about August 6, 2021, and the government has obtained documentation
3 from the Orange County Health Care Agency and Orange County Sheriff's
4 Department — Coroner Division confirming the same, redacted copies of
5 which are attached hereto.
6   Based on the foregoing, pursuant to Rule 48 of the Federal Rules
7 of Criminal Procedure, and by leave of Court, the government hereby
8 moves to dismiss the indictment in this case.  The government
9 requests that dismissal be without prejudice in the event that the
10 death certificate was a product of fraud or error.

12 Dated: August 26, 2021          Respectfully submitted,

13                                 TRACY L. WILKISON
                                   Acting United States Attorney
14
                                   SCOTT M. GARRINGER
15                                 Assistant United States Attorney
                                   Chief, Criminal Division
16

17                                       /s/
                                   DANIEL S. LIM
18                                 Assistant United States Attorney
                                   CLAIRE YAN
19                                 Trial Attorney, Fraud Section

20                                 Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

Attachment



**CLAYTON CHAU, MD PhD**
DIRECTOR/COUNTY HEALTH OFFICER

**MARGARET BREDEHOFT, DrPH**
DEPUTY AGENCY DIRECTOR

**MARC MEULMAN, MPA**
CHIEF OF OPERATIONS

**JOSHUA JACOBS, MA**
DIVISION MANAGER
COMMUNICABLE DISEASE CONTROL

**PUBLIC HEALTH SERVICES**
**OFFICE OF VITAL RECORDS**

200 W. SANTA ANA BLVD., STE 100B
SANTA ANA, CA 92701
PHONE: (714) 480-6700
FAX: (714) 480-6656

## Death Verification

**Instructions:** For a death verification request, please submit this form along with a written request on official letterhead.

| Name of Decedent: | Tarek Rashad Greiss ✓ |
|---|---|
| Date of Birth: | ▓▓▓ 1970 ✓ |
| Approximate Date of Death: | 8/6/2021 ✓ |
| Last Known Address: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ✓ |

To be completed by HCA Death Registration Department:

[X] Client Deceased    Date of Death: 08/06/2021

[ ] Unable to confirm death no record of Death on file

Representative Name (Print full Name): Kim Pickering

Signature: _____    Date: 08/23/2021

Comments/Messages:

**CONFIDENTIALITY NOTICE:** This communication is for the sole use of the intended recipient(s), and may contain privileged, confidential and/or protected information. Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, you are prohibited from using, delivering, distributing, printing, copying, or disclosing the message or content to others. If you have received this communication in error, please notify the sender immediately by e-mail reply/phone and destroy all copies of the message and any attachments.



August 11, 2021

TO WHOM IT MAY CONCERN:

THIS DOCUMENT WILL SERVE TO CONFIRM THE DEATH OF:

| | |
|---|---|
| **DECEDENT'S NAME:** | **GREISS, Tarek Rashad** |
| **CORONER CASE:** | ▇▇▇▇▇▇▇ |
| **DATE OF DEATH:** | **08/06/2021** |
| **DATE OF BIRTH:** | ▇▇1970 |

Should you require any additional information, or to purchase more detailed official reports contact the undersigned at (714) 647-7400.

*Maria Ortiz*
_____
Custodian of Records
Coroner Division