GESSIN LTD
Jesse Gessin (SBN 263889)
Jesse@Gessin.Ltd
Mailing – 806 E. Avenida Pico, Suite I-291,
San Clemente, CA  92673
Physical – 910 South El Camino Real, Suite 201,
San Clemente, CA 92672
Tel.: (949) 328-6629

*Attorneys for Tarek Greiss*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20-cr-00131-MWF |
|---|---|
| Plaintiff, | **ORDER GRANTING DECEDENT TAREK GREISS' UNOPPOSED *EX PARTE* APPLICATION FOR RETURN OF PROPERTY** |
| v. | |
| TAREK GREISS, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Decedent Tarek Greiss' passport be returned to a family member.

Dated: August 30, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

cc:  U.S. Probation and Pretrial Services